UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Elias B.,                                                    File No. 19-cv-2838 (ECT/ECW)

         Petitioner,

v.                                                      **ORDER ACCEPTING REPORT AND RECOMMENDATION**

William P. Barr, et al.,

         Respondents.

---

The Court has received the March 11, 2020 Report and Recommendation of United States Magistrate Judge Elizabeth Cowan Wright. ECF No. 8. No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 8] is **ACCEPTED**;

2. Petitioner Elias B.'s Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 [ECF No. 1] is **DENIED** as moot; and

3. This matter is **DISMISSED** without prejudice.

                    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: April 24, 2020                          s/ Eric C. Tostrud
                                                         Eric C. Tostrud
                                                         United States District Court